UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRANDON HARRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV406-285 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV407-044 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONSOLIDATING CASES

Upon motion of Defendant, and due consideration, the above-styled actions are hereby CONSOLIDATED for purposes of discovery, trial, and all other matters.

This ___7___ day of ___June___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I served copies of the foregoing Motion for Consolidation of Cases, along with its proposed order, upon Plaintiff's counsel of record in both cases, and upon associated counsel in the Harrington case, by placing such copy in a postpaid envelope addressed to:

>Richard H. Middleton, Jr., Esq.
>Elizabeth A. Branch, Esq.
>The Middleton Firm, L.L.C.
>58 E. Broad Street
>Savannah, GA 31401
>
>Thomas W. Tavenner, Esq.
>Linda K. Yarmosh, Esq.
>P. O. Box 340
>Boothbay Harbor, Maine 04538
>
>Edward M. Harris, Esq.
>315 West Ponce de Leon Avenue, Suite 602
>Decatur, Georgia 30030
>
>R. Krannert Riddle, Esq.
>Callaway, Braun, Riddle & Hughes, P.C.
>P. O. Box 9150
>Savannah, Georgia 31412

and depositing said envelope and its contents in the United States mail at Savannah, Georgia.

This ___5th___ day of June, 2007.

_____
Danial E. Bennett
Assistant United States Attorney
Georgia State Bar No. 052683